IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL,<br><br>         Plaintiff,<br><br>   v.<br><br>GREEN,<br><br>         Defendant. | No.  2:21-CV-2077-WBS-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 7, for leave to proceed in forma pauperis.

Plaintiff has not submitted a declaration that makes the showing of indigency required by 28 U.S.C. § 1915(a). In particular, a review of Plaintiff's inmate trust account statement, ECF No. 9, reflects that Plaintiff has $3,934.17 in available funds, which is sufficient to pre-pay the filing fees for this case.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    Based on the foregoing, the undersigned recommends that Plaintiff's motion, ECF No. 7, for leave to proceed in forma pauperis be denied and that this action be dismissed without prejudice to refiling upon pre-payments of the filing fees therefor.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 1, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE