IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL,<br><br>        Plaintiff,<br><br>   v.<br><br>GREEN,<br><br>        Defendant. | No. 2:21-CV-2077-WBS-DMC-P<br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On December 1, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed, and plaintiff has filed a motion for reconsideration of the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 1, 2021, are adopted in full;

2. Plaintiff's motions for in forma pauperis status, ECF Nos. 7 and 12, are denied;

3. This action is dismissed without prejudice to refiling upon pre-payment of the filing fees therefor;

4. Plaintiff's motion for reconsideration, ECF No. 15, is denied; and

5. The Clerk of the Court is directed to enter judgment and close this file.

Dated: January 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE